Matthew Morr (admitted *pro hac vice*)
morrm@ballardspahr.com
Adam Taryle (SBN 360354)
tarylea@ballardspahr.com (local counsel)
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone:  424.204.4400
Facsimile:  424.204.4350

*Attorneys for Defendant*
*XACTUS, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNNAN GUO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN FIRST CREDIT UNION; ADLER WALLACH & ASSOCIATES, INC.; AUTOMOBILE CLUB OF CALIFORNIA; CITIBANK, N.A.; BRIDGECREST ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC; WELLS FARGO CARD SERVICES, INC.; XACTUS, LLC, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 5:25−cv−01694−KK−SP<br><br>[~~PROPOSED~~] ORDER RE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)6, AND IN THE ALTERNATIVE, RULE 56<br><br>**[NOTE CHANGES BY COURT]**<br><br>Complaint Filed:  May 30, 2025<br><br>Removal Date: July 7, 2025<br><br>Hearing<br>Date:　　　October 16, 2025<br>Time:　　　9:30 a.m.<br>Judge:　　　Hon. Kenly Kiya Kato<br>Courtroom: 9A |

ORDER

The Court has considered the Motion to Dismiss Plaintiff Junnan Guo's ("Plaintiff") Amended Complaint ("Motion") made by Defendant Xactus, LLC ("Xactus"), and matters of which the Court took judicial notice, and finds that there is good cause to grant the Motion and Dismiss the Amended Complaint on the following grounds:

As an initial matter, to date, Plaintiff has failed to file an opposition to the Motion. Thus, Plaintiff's failure to file an opposition is deemed consent to the granting of the Motion. See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").

Additionally, to survive a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), Plaintiff's Amended Complaint must allege sufficient facts to "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Plaintiff has failed to sufficiently plead Count I with respect to Xactus, which alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.*, because, given the allegations in the Amended Complaint, and matters of which the Court took judicial notice, Plaintiff did not plausibly plead that she sent a dispute letter to Xactus, a prerequisite to recovery under the FCRA. *Acton v. Bank One, Corp.*, 293 F. Supp. 1092, 1098 (D. Ariz. 2003); *Steinmetz v. Am. Honda Finance*, 447 F. Supp. 3d 994, 1013 (D. Nev. 2020). Further, Xactus cannot be held liable under 15 U.S.C. § 1681s-2 because according to the Amended Complaint, Xactus is a consumer reporting agency, not a furnisher.

Plaintiff failed to plead Count II with respect to Xactus, which alleges violations of the California Consumer Credit Reporting Agencies Act ("CCRAA") for the same reasons it failed to plead a plausible FCRA claim. *See* Cal. Civ. Code § 1785.16.

The remaining Counts (III, IV, and V) were not alleged against Xactus.

The Court therefore GRANTS Xactus's Motion and ORDERS that Plaintiff's Amended Complaint is DISMISSED with prejudice with respect to all claims against Xactus.

IT IS SO ORDERED.

Dated: September 26, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE