Brian J. Soo-Hoo, Esq. (SBN 228298)
**LAW OFFICES OF BRIAN J. SOO-HOO, APC**
1905 North Main Street
Santa Ana, CA 92706
PH: (714) 589-2252
FX: (714) 589-2254
E-Service to: info@consumerjusticelc.com

Attorney for Plaintiff JUNNAN GUO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUNNAN GUO,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN FIRST CREDIT UNION; ADLER WALLACH & ASSOCIATES, INC.; AUTOMOBILE CLUB OF CALIFORNIA; CITIBANK, N.A.; BRIDGECREST ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC; WELLS FARGO CARD SERVICES, INC.; XACTUS, LLC, AND DOES 1-10, INCLUSIVE,<br><br>　　Defendants. | Case No. 5:25-cv-01694-KK-SPx<br><br>Assigned to: Hon. Kenly Kiya Kato<br><br>**DECLARATION OF BRIAN J. SOO-HOO IN RESPONSE TO ORDER TO SHOW CAUSE** |

I, Brian J. Soo-Hoo, declare as follows:

1.　I am an attorney licensed to practice law in the State of California and the United States District Court for the Central District of California and I am the attorney for Plaintiff Junnan Guo.

2.　I make this declaration in response to the Court's Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute filed on October 3, 2025.

3.　On October 9, 2025, I filed with the federal court the Proof of Service pertaining

-1-

**DECLARATION OF BRIAN J. SOO-HOO IN RESPONSE TO ORDER TO SHOW CAUSE**

to the personal service of Defendant American First Credit Union served on June 10, 2025. Defendant American First Credit Union was personally served with a copy of the state court summons and complaint.

4. I have not received any communication from Defendant American First Credit Union or their legal counsel regarding service of the complaint.

5. On October 9, 2025, I filed with the federal court the Proof of Service pertaining to the personal service of Defendant Alder Wallach & Associates, Inc. served on June 12, 2025. Defendant Alder Wallach & Associates, Inc. was personally served with a copy of the state court summons and complaint.

6. I have been in communication with parties representing Defendant Alder Wallach & Associates, Inc. and we have discussed liability and early resolution. I continue to communicate with the parties representing Defendant Alder Wallach & Associates, Inc. regarding filing a response to the summons and complaint

7. I plan to file a Request for Certificate of Default as to Defendant American First Credit Union with the court by tomorrow, October 10, 2025.

8. I plan to file a Motion for Default Judgment as to Defendant American First Credit Union no later than 14 days after the entry of default by the court.

9. As to Defendant Alder Wallach & Associates, Inc., I will determine if proceeding with the filing of a Request for Certificate of Default is necessary given the ongoing communication with parties representing Defendant Alder Wallach & Associates, Inc.

10. It was not my intention to not follow this Court's Civil Standing Order or the Rules of Civil Procedure. I apologize to the court for my lack of diligence to this end.

11. I respectfully request that this Court vacate the instant Order to Show Cause and not enter an order dismissing the complaint for failure to prosecute.

Dated: October 9, 2025         */s/ Brian J. Soo-Hoo*
                               **BRIAN J. SOO-HOO**

DECLARATION OF BRIAN J. SOO-HOO IN RESPONSE TO ORDER TO SHOW CAUSE

# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1905 North Main Street, Santa Ana, CA 92706.

On October 9, 2025, I served **PLAINTIFF JUNNAN GUO'S OPPOSITION TO DEFENDANT WELLS FARGO BANK, N.S.'S MOTION TO DISMISS.** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| American First Credit Union | Adler Wallach & Associates, Inc. |
| 6 Pointe Drive, Suite 400 | c/o CSC-Lawyers Incorporating Service |
| Brea, CA 92821 | 2710 Gateway Oaks Dr, #150N |
| | Sacramento, CA 95833 |

(X) **BY MAIL**. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Santa Ana, California.

(X) **BY CM/ECF NOTICE OF ELECTRONIC FILING**. I electronically filed the documents(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participates in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on October 9, 2025, Santa Ana, California.

(X) (**Federal**) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Brian J. Soo-Hoo*
BRIAN J. SOO-HOO

---

-3-

**DECLARATION OF BRIAN J. SOO-HOO IN RESPONSE TO ORDER TO SHOW CAUSE**