UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION

| | |
|---|---|
| JUANNAN GUO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST CREDIT UNION; ADLER WALLACH & ASSOCIATES, INC; AUTOMOBILE CLUB OF CALIFORNIA; CITIBANK, N.A.; BRIDGECREST ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC; WELLS FARGO CARD SERVICES, INC.; XACTUS LLC, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 5:25-cv-01694-KK-SP<br>District Judge Kenly Kiya Kato<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: November 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3<br><br>Complaint Filed: May 30, 2025<br>Removal Date: July 7, 2025 |

1

The Court has considered the Motion to Dismiss the First Amended Complaint ("Motion") made by Defendant AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA ("ACSC")(erroneously sued as "Automobile Club of California"), and good cause appearing, the Court grants the Motion as follows:

To survive a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), Plaintiff's First Amended Complaint must allege sufficient facts to "state a claim to relief that is plausible on its face." (*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).)

1. ACSC's Motion to Dismiss Plaintiff's first cause of action for violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681X (FCRA) is granted without leave to amend because Plaintiff has failed to allege the elements required for a cause of action for violation of the FCRA. The FAC does not allege that ACSC is a furnisher, that Plaintiff notified a reporting agency of the disputed reporting, that a credit reporting agency notified ACSC of the information in dispute, or that ACSC failed to conduct a reasonable investigation as required by 15 U.S.C. 1681s-2(b)(1). (*Miller v. Westlake Servs. LLC* (C.D. Cal. 2022) 637 F. Supp. 3d 836, 848.)

2. ACSC's Motion to Dismiss Plaintiff's second cause of action for violation of the California Consumer Credit Reporting Agencies Act (CCCRAA), California Civil Code § 1785.1, *et seq.* is granted without leave to amend because the CCCRAA does not apply to ACSC because ACSC is not a consumer credit reporting agency as defined by California Civil Code § 1785.3(d).

3. ACSC's Motion to Dismiss Plaintiff's third cause of action for violation of the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.32 (RFDCPA) is granted without leave to amend because it is preempted by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681, *et seq.*, and also barred because the claim was not brought within one year from the date of the occurrence of the violation. (Civil Code § 1788.30(f).) The violation occurred no later than August 1, 2023 when Plaintiff

1 alleges she discovered the debt allegedly owed to ACSC on her credit report. (Dkt. No. 22, FAC, para. 37-38.) Plaintiff's original Complaint was filed more than one year later in Riverside Superior Court, Case No. CIVRS2504240, on May 30, 2025. (Dkt. No. 1-1.)

4. ACSC's Motion to Dismiss Plaintiff's fourth cause of action for violations of California's Identity Theft Act California, Civil Code § 1798.92-1798.97, is granted without leave to amend because Plaintiff has not alleged that ACSC was a "claimant" as defined by Cal. Civ.Code § 1798.92(a), or continued to pursue a claim against Plaintiff after being notified that Plaintiff claimed to be a victim of identity theft, and therefore has not alleged conduct by ACSC that would support a claim pursuant to Civil Code § 1798.92-1798.97.

5. ACSC's Motion to Dismiss Plaintiff's fifth cause of action for violation of the Fair Credit Billing Act, 15 U.S.C. § 1666-1666J (FCBA) is granted without leave to amend because the FAC alleges no specific conduct on the part of ACSC in support of this claim, and does not allege that Plaintiff ever received a billing statement from ACSC, or gave ACSC notice of the dispute within sixty days of receipt of a statement to trigger any obligations by ACSC pursuant to 15 U.S.C.A. § 1666(a).

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Kenly Kiya Kato
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

PROOF OF SERVICE – F.R.Civ.P. 5)<br>
*DOCUMENTS FILED ELECTRONICALLY*

Eastern Division – 5:25-cv-01694-KK-SP

UNITED STATES DISTRICT COURT            )
                                        )
CENTRAL DISTRICT OF CALIFORNIA  )

    I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On August 12, 2025 I served the within: [PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT on the interested parties in said action,

____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following listed attached service list;

_X_ By electronic mail through the Court's CM/ECF system as to all interested parties, other than any persons identified above who will receive mail or personal delivery, who have registered with CM/ECF in this action, as provided in FRCivP5(b).

**SEE ATTACHED SERVICE LIST**

_X_ I hereby certify that I am a member of the Bar of this Court.

_X_ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2025.


                                                              */s/ Renee E. Jensen*
                                                              Renee E. Jensen

Guo vs. American First Credit Union, et al.
26525-009
Eastern Division – 5:25-cv-01694-KK-SP

| | |
|---|---|
| Brian J. Soo-Hoo, Esq.<br>**Law Offices of Brian J. Soo-Hoo APC**<br>1905 North Main St.<br>Santa Ana, ,CA 92706<br>bankruptcylawpros@gmail.com,<br>brian@consumerjusticelc.com<br><br>714-589-2252<br>Fax: 714-589-2254 | Counsel for Plaintiff,<br>JUNNAN GUO |
| Rebecca S. Saelao, Esq.<br>Alisa A. Givental, Esq.<br>**STINSON LLP**<br>A Professional Corporation<br>595 Market Street, Suite 2600<br>San Francisco, California 94105<br>aag@severson.com,<br>efiling@severson.com,<br>temp1@severson.com,<br>tmp@severson.com,<br>rebecca.saelao@stinson.com,<br>ear@severson.com<br>emily.rhea@stinson.com<br><br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br><br>Megan N. Aldworth, Esq.<br>Loren W. Coe, Esq.<br>**STINSON LLP**<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612 | Attorneys for Defendant,<br>*WELLS FARGO BANK, N.A.*<br>*(erroneously sued as "Wells Fargo Card Services, Inc.")* |

5

[PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

| | |
|---|---|
| megan.aldworth@stinson.com, lourdes.delgado@stinson.com, claudia.perez@stinson.com, loren.coe@stinson.com<br><br>Telephone: (949) 442-7110<br>Facsimile: (949) 442-7118 | |
| Allison M. Scott, Esq.<br>Angela L Scott, Esq.<br>**HUSCH BLACKWELL LLP**<br>355 South Grand Avenue, Suite 2850<br>Los Angeles, California 90071-3100<br>allison.scott@huschblackwell.com, crystal.rose@huschblackwell.com, docket.lax@huschblackwell.com, pstlaboremploymentsapphire@huschblackwell.com<br>scotta@ballardspahr.com, ballarddocketwest@ballardspahr.com, goldbergc@ballardspahr.com, smithl@ballardspahr.com<br>Telephone: 213.337.6550<br>Facsimile: 213.337.6551 | Attorney for Defendant<br>BRIDGECREST ACCEPTANCE CORPORATION |
| MORGAN, LEWIS & BOCKIUS LLP<br>Arjun P. Rao<br>Marcos Sasso<br>2049 Century Park East<br>Suite 700<br>Los Angeles, CA 90067-3109<br>Tel: +1.310.907.1000<br>Fax: +1.310.907.1001<br>marcos.sasso@morganlewis.com, arjun.rao@morganlewis.com kathleen.rosello@morganlewis.com, micalendardepartment@morganlewis.com | Attorneys for Defendant<br>CITIBANK, N.A. |

6

[PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Christina Chen<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>christina.chen@morganlewis.com | |
| Adam Aaron Taryle<br>Matthew A. Morr<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>Telephone: 424.204.4400<br>Facsimile: 424.204.4350<br>smithl@ballardspahr.com,<br>tarylea@ballardspahr.com<br>clarks@ballardspahr.com,<br>snider@ballardspahr.com,<br>morrm@ballardspahr.com | Attorneys for Defendant<br>XACTUS, LLC |
| Thomas P Quinn<br>NOKES AND QUINN APC<br>410 Broadway Street, Suite 200<br>Laguna Beach, CA 92651-1827<br>Telephone: 949-376-3500<br>Fax: 949-376-3070<br>tquinn@nokesquinn.com,<br>8175538420@filings.docketbird.com | Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES LLC |

[PROPOSED] ORDER GRANTING DEFENDANT AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT