ALANA B. ANAYA, SBN 195758
ANAYA LAW GROUP
2629 Townsgate Road Suite 140
Westlake Village, CA 91361
Tel: (805) 230-9222
Fax: (805) 230-9221
alana@anayalawgroup.com

Attorneys for Defendant,
AMERICAN FIRST CREDIT UNION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

JUNNAN GUO

       Plaintiff,

vs.

AMERICAN FIRST CREDIT UNION,

      Defendants.

Case No. **5:25-cv-01694-KK-SPx**

**DEFENDANT AMERICAN FIRST CREDIT UNION'S ANSWER TO COMPLAINT**

Defendant American First Credit Union ("AFCU"), by its counsel, files its Answer to the Amended Complaint as follows:

## PRELIMINARY STATEMENT

AFCU denies any and all allegations in the headings and/or unnumbered paragraphs in the Amended Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Amended Complaint, American First Credit Union responds as follows:

**INTRODUCTION**

1. AFCU sets forth that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, AFCU denies all the allegations in Paragraph 1.

2. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. AFCU denies the allegations in Paragraph 4. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU asserts that is made no credit reporting to Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

5. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. AFCU denies the allegations in Paragraph 8.

9. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

**JURSIDCITION & VENUE**

10. To the extent Plaintiff has properly alleged their claims, AFCU admits the Court may exercise its jurisdiction.

11. To the extent Plaintiff has properly alleged their claims, AFCU admits the Court may exercise its jurisdiction.

12. To the extent Plaintiff has properly alleged their claims, AFCU admits the Court may exercise its jurisdiction.

13. To the extent Plaintiff has properly alleged their claims, AFCU admits the Court may exercise its jurisdiction.

## PARTIES

14. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. AFCU admits that it is a consumer reporting agency as defined by the FCRA. AFCU admits to the remaining allegations in Paragraph 23.

24. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. AFCU admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting

1    Act ("FCRA"). AFCU denies any allegations it violated the FCRA. AFCU never made

2    a reporting to Plaintiff's credit file.

3    27. AFCU is without knowledge or information sufficient to form a belief as to the truth

4       of the allegations in Paragraph 27.

5    28. AFCU is without knowledge or information sufficient to form a belief as to the truth

6       of the allegations in Paragraph 28.

7    29. AFCU denies any allegations it reported inaccurate information on Plaintiff's credit

8       file as alleged in Paragraph 29.

9                              **FACTUAL ALLEGATIONS**

10   30. AFCU is without knowledge or information sufficient to form a belief as to the truth

11      of the allegations in Paragraph 30.

12   31. AFCU is without knowledge or information sufficient to form a belief as to the truth

13      of the allegations in Paragraph 31.

14   32. AFCU is without knowledge or information sufficient to form a belief as to the truth

15      of the allegations in Paragraph 32.

16   33. AFCU is without knowledge or information sufficient to form a belief as to the truth

17      of the allegations in Paragraph 33.

18   34. AFCU is without knowledge or information sufficient to form a belief as to the truth

19      of the allegations in Paragraph 34.

20   35. AFCU is without knowledge or information sufficient to form a belief as to the truth

21      of the allegations in Paragraph 35.

22   36. AFCU is without knowledge or information sufficient to form a belief as to the truth

23      of the allegations in Paragraph 36.

24   37. AFCU is without knowledge or information sufficient to form a belief as to the truth

25      of the allegations in Paragraph 37.

26   38. AFCU is without knowledge or information sufficient to form a belief as to the truth

27      of the allegations in Paragraph 38.

28   39. AFCU is without knowledge or information sufficient to form a belief as to the truth

of the allegations in Paragraph 39.

40. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. AFCU denies the allegations in Paragraph 47. AFCU denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

48. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. AFCU states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, AFCU denies the allegations in Paragraph 52.

53.  AFCU states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, AFCU denies the allegations in Paragraph 53.

54. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. AFCU denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 55.

56. AFCU denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 56.

57. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. AFCU denies the allegations in Paragraph 58.

59. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. AFCU denies the allegations in Paragraph 60.

61. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. AFCU denies the allegations in Paragraph 62.

63. AFCU denies the allegations in Paragraph 63.

64. AFCU denies the allegations in Paragraph 64.

65. AFCU denies the allegations in Paragraph 65.

66. AFCU denies the allegations in Paragraph 66.

67. AFCU denies the allegations in Paragraph 67.

68. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69. AFCU denies the allegations in Paragraph 69.

70. AFCU denies the allegations in Paragraph 70.

71. AFCU denies the allegations in Paragraph 71.

72. AFCU denies the allegations in Paragraph 72.

73. AFCU denies the allegations in Paragraph 73. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

74. AFCU denies the allegations in Paragraph 74. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

75. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77. AFCU denies the allegations in Paragraph 77. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

78. AFCU denies any allegation it reported inaccurate information on Plaintiff's credit file as alleged in Paragraph 78.

79. AFCU denies the allegations in Paragraph 79. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

80. AFCU denies the allegations in Paragraph 80. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

81. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83. AFCU denies the allegations in Paragraph 83.

84. AFCU denies the allegations in Paragraph 84.

85. AFCU denies the allegations in Paragraph 85.

86. AFCU denies the allegations in Paragraph 86.

87. AFCU denies the allegations in Paragraph 87.

88. AFCU denies the allegations in Paragraph 88.

89. AFCU denies the allegations in Paragraph 89.

90. AFCU denies the allegations in Paragraph 90.

91. AFCU denies the allegations in Paragraph 91.

92. AFCU denies the allegations in Paragraph 92.

93. AFCU denies any allegation it reported inaccurate information on Plaintiff's credit file as alleged in Paragraph 93.

## CAUSES OF ACTION CLAIMED BY PLAINTIFF
### COUNT I
### VIOLATION OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. §§ 1681-1681X (FCRA)
### [AGAINST ALL DEFENDANTS]

94. AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95. AFCU reasserts and re-alleges its response as set forth above.

96. AFCU denies any allegation it violated the FCRA.

97. AFCU denies the allegations in Paragraph 97. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

98. AFCU denies the allegations in Paragraph 98. AFCU denies any allegations it reported inaccurate information in Plaintiff's credit file. AFCU denies any allegations it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

### COUNT II
### VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT
### CAL. CIV. CODE § 1785.1, ET SEQ.
### [AGAINST ALL DEFENDANTS]

99. AFCU reasserts and re-alleges its responses as set forth above. AFCU denies the remaining allegations in Paragraph 99.

100.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    AFCU denies the allegations in Paragraph 102.

103.    AFCU denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 103. AFCU never reported a loan to Plaintiff's credit file.

**COUNT III**
**VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**
**CAL. CIV. CODE §§ 1788-1788.32 (RFDCPA)**
**[AGAINST AAA AND AWA]**

104.    AFCU reasserts and re-alleges its response as set forth above.

105.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

**COUNT IV**
**VIOLATIONS OF CALIFORNIA'S IDENTITY THEFT ACT**
**CAL. CIV. CODE § 1798.92-1798.97**
**[AGAINST ALL DEFENDANTS]**

107.    AFCU denies the allegations in Paragraph 107. AFCU denies any allegation it reported inaccurate information on Plaintiff's credit file. AFCU denies any allegation it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

108.    AFCU reasserts and re-alleges its responses as set forth above.

109.    AFCU denies the allegations in Paragraph 109.

110.    AFCU denies the allegations in Paragraph 110. AFCU denies any allegation it reported inaccurate information on Plaintiff's credit file. AFCU denies any allegation

it caused Plaintiff to suffer any damages. AFCU denies it violated the FCRA.

### COUNT V
### VIOLATION OF THE FAIR CREDIT BILLING ACT
### 15 U.S.C § 1666-1666J (FCBA)
### [AGAINST AAA AND AWA]

111.    AFCU reasserts and re-alleges its response as set forth above.

112.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    AFCU is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

### PAYER FOR RELIEF

114.    AFCU denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph.

### JURY TRIAL DEMANDED

115.    AFCU admits that Plaintiff demands a trial by jury.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Amended Complaint, American First Credit Union prays that:

(1) Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff.

(2) It recover such other and additional relief as the Court deems just and appropriate.

DATED: October 16, 2025

Respectfully submitted,

ANAYA LAW GROUP

By: _____

ALANA B. ANAYA, SBN 195758
ANAYA LAW GROUP
2629 Townsgate Road Suite 140
Westlake Village, CA 91361
Tel: (805) 230-9222
Fax: (805) 230-9221
alana@anayalawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2025, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

_____

Alana B. Anaya