David Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN: 243297)
schannongm@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant,*
*ADLER WALLACH & ASSOCIATES, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JUNNAN GUO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FIRST CREDIT UNION; ADLER WALLACH & ASSOCIATES, INC.; AUTOMOBILE CLUB OF CALIFORNIA; CITIBANK, N.A.; BRIDGECREST ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES LLC; WELLS FARGO CARD SERVICES, INC.; XACTUS, LLC, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:25-cv-01694-KK-SPx<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff JUNNAN GUO (“Plaintiff”) has reached a settlement with Defendant ADLER WALLACH & ASSOCIATES, INC. (“AWA”) and with Defendant AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA (“ACSC”).

The settling parties anticipate that they will complete the settlement, and file a stipulation of dismissal of Defendant AWA and Defendant ACSC from this lawsuit, within 45 days from the date of this notice.

Respectfully submitted,

LAW OFFICES OF BRIAN J. SOO-HOO

Dated: April 1, 2026

s/Brian J. Soo-Hoo
Brian J. Soo-Hoo
*Attorneys for Plaintiff*
*JUNNAN GUO*

CARLSON & MESSER LLP

Dated: April 1, 2026

s/David J. Kaminski
David J. Kaminski
Martin Schannong
*Attorneys for Defendant*
*ADLER WALLACH & ASSOCIATES, INC.*

BEHAR | GIBBS | SAVAGE | PAULSON

Dated: April 1, 2026

s/Stacy A. Bradfield
Stacy A. Bradfield
*Attorneys for Defendant*
*AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA*

## ATTESTATION OF SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Counsel for the Parties's, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: April 1, 2026

*/s David J. Kaminski*
David J. Kaminski

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on April 1, 2026, I electronically filed the foregoing Notice of Settlement to Plaintiff's Complaint with the Clerk of the Court by using the CM/ECF system.

Dated: April 1, 2026

*s/ David J. Kaminski*
David J. Kaminski