UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-01694-KK-SPx** | Date: | May 21, 2026 |
|---|---|---|---|

| Title: | ***Junnan Guo v. Xactus, LLC et al.*** |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order DISMISSING Defendants Automobile Club of Southern California and Adler Wallach and Associates, Inc.**

On May 12, 2026, plaintiff Junnan Guo ("Plaintiff") and defendants Automobile Club of Southern California and Adler Wallach and Associates, Inc. filed joint stipulations seeking dismissal of Plaintiff's claims against defendants Automobile Club of Southern California and Adler Wallach and Associates, Inc. with prejudice.  ECF Docket Nos. ("Dkts.") 150, 151.  On May 13, 2026, the Court issued an Order stating, "Plaintiff's claims against defendants Automobile Club of Southern California and Adler Wallach and Associates, Inc. will be dismissed if no objection is received within seven (7) days of this Order."  Dkt. 152.

To date, no objections have been filed.  Thus, defendants Automobile Club of Southern California and Adler Wallach and Associates, Inc. are hereby **DISMISSED WITH PREJUDICE**. (JS-6)

**IT IS SO ORDERED.**